# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**GLENNIS J. HOBBS,**

    **Plaintiff,**

v.                                        Case No. 3:19cv777-LC/CAS

**ANDREW SAUL, Commissioner**
**of Social Security,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 17) dated December 2, 2019. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed..

Having considered the report and recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and the action is **REMANDED** for further

administrative proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of March, 2020.

                        s/ *L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**